# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY COLLINS,

    Defendant.

Case No. 2:95-cr-216-LDG

**ORDER**

The defendant, Anthony Collins, has moved *pro se* for a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2), and Amendment 706, as amended by Amendment 711. A review of the docket establishes that Collins is serving a mandatory life sentence that was imposed pursuant to statute. Accordingly, Collins does not qualify for a retroactive reduction in his sentence. Therefore,

THE COURT **ORDERS** that Anthony Collins Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (#95) is DENIED.

DATED this 28 day of May, 2008.

_____
Lloyd D. George
United States District Judge