To The United States District Court
District of Nevada

"Memorandum"

Anthony Dion Collins
    Plaintiff

           vs.                          Case No: _____

United States of America
    Defendant                           2:95CR216

Come Now Anthony Dion Collins Requesting The Clerk of Court within the District of Nevada Serve And forward this copy to The District Attorney Office. It was Returned by Mail to me so your assistance is needed due to the address being unknown to Postal Service And myself as shown in Motion. It was Returned on June 3, 2010 In Life of this situation I Request notification as to Recieving All copies

                        _____
                        Pro-Se: Anthony Dion Collins
                        ID. 30693-048-J-2
                        Federal Correctional Complex
                        United States Penitentiary-2
                        Post Office Box 1034
                        Coleman, Florida 33521