# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DION COLLINS,

    Defendant.

Case No. 2:95-cr-00216-LDG (RJJ)

**ORDER**

The defendant, Anthony Dion Collins, moves *pro se* to reduce or modify his sentence (#105). He also moves for leave to proceed in forma pauperis (#104).

To the extent that Collins is filing his second motion for a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2) on the basis that the guideline range applicable to him was subsequently lowered as the result of an amendment to the Sentencing Guidelines, he has not identified any amendment warranting a reduction of his mandatory life sentence, which was imposed pursuant to statute.[1]

To the extent that Collins is filing his second motion pursuant to 28 U.S.C. §2255 to correct, modify, or vacate his sentence, the motion must be dismissed as both untimely

---

[1] The Court would note that Collins previously submitted such a motion, which the court denied.

and because Collins has not obtained leave to file such a motion from the Court of Appeals.

Therefore,

THE COURT **ORDERS** that Anthony Dion Collins' Motion to Reduce and/or Modification [sic] of Sentence (#105) is DENIED.

THE COURT FURTHER **ORDERS** that Anthony Dion Collins' Motion for Leave to Proceed in Forma Pauperis (#104) is DENIED as moot.

DATED this \_\_14\_\_ day of July, 2010.

_____
Lloyd D. George
United States District Judge