# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DION COLLINS,

    Defendant.

Case No. 2:95-cr-00216-LDG (RJJ)

**ORDER**

    The defendant, Anthony Dion Collins, again moves *pro se* to reduce or modify his sentence (#132).

    To the extent that Collins is filing his third motion for a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2) on the basis that the guideline range applicable to him was subsequently lowered as the result of an amendment to the Sentencing Guidelines, he has not identified any amendment warranting a reduction of his mandatory life sentence, which was imposed pursuant to statute.[1]

    To the extent that Collins is filing his third motion pursuant to 28 U.S.C. §2255 to correct, modify, or vacate his sentence, the motion must be dismissed as both untimely

---

[1] The Court would note that Collins previously submitted such a motion, which the court denied.

and because Collins has not obtained leave to file such a motion from the Court of Appeals.

Therefore,

THE COURT **ORDERS** that Anthony Dion Collins' Motion Pursuant to 18 U.S.C. §3582(c)(2) and 28 U.S.C. §994(u) Under the Equal Protection Clause of the Fifth Amendment (#132) is DENIED.

THE COURT FURTHER **ORDERS** that Anthony Dion Collins' Motion for Ripeness (#136) is DENIED as moot.

DATED this 31 day of March, 2014.

Lloyd D. George
United States District Judge