# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:95-cr-00216-LDG |
| v. | **ORDER** |
| ANTHONY DION COLLINS, | |
|     Defendant. | |

The defendant, Anthony Collins, has moved *pro se* for a reduction of his sentence pursuant to 18 U.S.C. 3582. A review of the docket establishes that Collins is serving a mandatory life sentence that was imposed pursuant to statute. Accordingly, Collins does not qualify for a retroactive reduction in his sentence. Therefore,

THE COURT **ORDERS** that Anthony Collins' Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582 (## 140, 141) is DENIED.

DATED this _2_ day of June, 2015.

_____
Lloyd D. George
United States District Judge