# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DION COLLINS,

    Defendant.

Case No. 2:95-cr-00216-LDG

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendant Anthony Dion Collins' Rule 36 Fed. R. Crim. P. Motion (#139) is DENIED.

DATED this _____ day of June, 2015.

_____

Lloyd D. George
United States District Judge