# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY D. COLLINS,

    Defendant.

Case No. 2:95-cr-00216-LDG

**ORDER**

    The defendant, Anthony Collins, has filed a Motion for Audita Querela (#152). Assuming that a defendant could obtain relief from a criminal sentence pursuant to a writ of *audita querela*, the defendant cannot obtain such relief in the instant case. A review of his motion reveals that his challenge to his sentence is cognizable in a claim brought pursuant to 28 U.S.C. §2255. As such, the Court must construe defendant's motion as if brought pursuant to §2255. The defendant, however, has previously sought relief pursuant to §2255, requiring the Court to construe defendant's motion as a successive §2255 motion. The defendant has not obtained the authorization of the court of appeals to file a successive §2255 motion. *See* 28 U.S.C. §2255(h). Accordingly, as the Court lacks jurisdiction to consider defendant's motion,

THE COURT **ORDERS** that Defendant's Motion for Audita Querela (#152) is DENIED.

DATED this 26 day of January, 2017.

Lloyd D. George
United States District Judge

2