# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY D. COLLINS,<br><br>    Defendant. | Case No. 2:95-cr-00216-LDG<br><br>**ORDER** |

    For good cause shown,

    THE COURT **ORDERS** that Defendant's Motion for Reconsideration (ECF No. 156) is DENIED.

DATED this  10  day of March, 2017.

_____
Lloyd D. George
United States District Judge