UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA



ANTHONY D. COLLINS,
    Petitioner,

V.                                  Case No: 2:95-cr-00216-LDG-RJJ.

UNITED STATES OF AMERICA,
    Plaintiff.
_____/

## MOTION FOR APPOINTMENT OF COUNSEL

COME NOW, Pro se, Petitioner, Anthony D. Collins, hereby, ask this Honorable Court to GRANT him assistance of counsel for the ("Congressional Act of Law"), Retroactive Application of the Fair Sentencing Act.

Petitioner was found guilty of 21 U.S.C. 841(a)(1), "Poss W/inten to dist. (255.5) Grams of cocaine base," and ultimately received a life sentence. Prior to the fair sentencing act a person charged with an offense involving "crack cocaine" would serve "100 times" more than a person charged with the same amount of "powder cocaine." [A]fter the fair sentencing act that number went down from 100:1 to 18:1.

## CONCLUSION

For the above stated reason, Petitioner prays this Honorable Court GRANT him assistance of counsel for the retroactive application of the fair sentencing act.

RESPECTFULLY SUBMITTED

*[signature]*

ANTHONY D. COLLINS
PRO SE, PETITIONER
REG. NO #30693-048
USP BEAUMONT
P.O. BOX 26030
BEAUMONT, TEXAS 77720

## CERTIFICATE OF SERVICE

I, hereby certify that a true and complete copy of the foregoing has been given to prison official for mailing, first class postage pre-paid, and sent to:

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO- RM. #1334
LAS VEGSA, NEVADA 89101

on this ____ day of JANUARY, 2019, Pursuant to 28 U.S.C §1746

(2)

ANTHONY D. COLLINS
Reg. No. #30693-048
USP BEAUMONT
P.O. BOX 26030
BEAUMONT, TEXAS 77720

NORTH HOUSTON TX 773

03 JAN 2019 PM 3 L

TO: CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. - RM 1334
LAS VEGAS, NV 89101

89101-706934

LEGAL MAIL

LEGAL MAIL