# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY D. COLLINS,

    Defendant.

Case No. 2:95-cr-00216-LDG

<u>ORDER</u>

    The Defendant has filed a Motion for Appointment of Counsel (CM/ECF #159) seeking assistance of counsel regarding application of Section 404 of the First Step Act of 2018 to his sentence. Accordingly,

    THE COURT **ORDERS** that the Federal Public Defender is appointed as counsel to represent the Defendant *nunc pro tunc* to the date of the filing of the motion.

    THE COURT FURTHER **ORDERS** that the Probation Office shall provide the Federal Public Defender and the government with the Defendant's Presentence Report; shall generate the Defendant's current Inmate Profile (also known as a "Sentry Report"); and shall prepare a Supplemental Presentence Report addressing whether, in the Probation Office's assessment, the Defendant is statutorily eligible for a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 (Public Law 111–220; 124 Stat.

2372) were in effect at the time he committed the offense for which he was convicted, and further advising the Court of the applicable and recommended guideline range. The Probation Office will serve the Presentence Report and Supplemental Presentence Report on the Federal Public Defender, the United States Attorney, and the Court, and shall be prepared to meet and confer with the Federal Public Defender and the United States Attorney to discuss the Sentry Report, within 30 days of the date of this Order.

THE COURT FURTHER **ORDERS** that the United States Attorney or the Federal Public Defender may, within 30 days after receiving those Reports from the Probation Office, request that the Probation Office provide the Defendant's Progress Report and Disciplinary Records from the Bureau of Prisons. If the United States Attorney or the Federal Public Defender makes such a request, the Progress Report and Disciplinary Records shall be served on the Federal Public Defender, the United States Attorney, and the Court within 30 days after receiving the request unless for good cause time is extended.

THE COURT FURTHER **ORDERS** that the Federal Public Defender shall, within 120 days of this Order, file any appropriate motion or stipulation. If the Federal Public Defender files a motion for a sentence reduction, the United States Attorney shall serve any response to such motion within 30 days of the filing of that motion unless for good cause the time is extended.

DATED this 31 day of January, 2019.

_____
Lloyd D. George
United States District Judge